IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR BUYCK STEEL CONSTRUCTION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEYSTONE CEMENT COMPANY | : | No. 09-2941 |
| | : | |

## ORDER

**AND NOW**, this 30th day of March, 2010, upon consideration of Victor Buyck

Steel Construction's Motion to Dismiss (Doc. # 12), Victor Buyck's brief in support of its

motion (Doc. #13), and Keystone Cement Company's response thereto (Doc. # 18), it is

hereby **ORDERED** that Victor Buyck's motion is denied.

BY THE COURT:


 /s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.